UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES-GENERAL</u>

Case No. CV <u>12-4256-DDP (PLA)</u>                                        Date  <u>July 16, 2012</u>

Title:   <u>Reginald M. Williams v. California Department of Corrections and Rehabilitation, et al.</u>

---

☐ **U.S. DISTRICT JUDGE**
**PRESENT:  THE HONORABLE   <u>PAUL L. ABRAMS</u>**
☒ **MAGISTRATE JUDGE**

| <u>Christianna Howard</u> | <u>N/A</u> | <u>N/A</u> |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
             NONE                                                                                    NONE

**PROCEEDINGS:**        **(IN CHAMBERS)**

Pursuant to this Court's Order of May 22, 2012, plaintiff was ordered to pay an initial partial filing fee of $10.00 within thirty (30) days of the date of the order (<u>i.e.</u>, by June 21, 2012).  The $10.00 partial filing fee has not been received by the Court.  Accordingly, **no later than July 30, 2012, plaintiff is ordered to show cause** why this case should not be dismissed for failure to pay the required fee.  Receipt of the partial $10.00 filing fee by the Court on or before **July 30, 2012**, shall be deemed compliance with this Order to Show Cause.


cc:     Reginald M. Williams, Pro Se


Initials of Deputy Clerk____ch