# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES-GENERAL

Case No.  CV 12-4256-DDP (PLA)                                          Date  July 16, 2012

Title:   Reginald M. Williams v. California Department of Corrections and Rehabilitation, et al.

---

PRESENT: THE HONORABLE   PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**       **(IN CHAMBERS)**

Pursuant to this Court's Order of May 22, 2012, plaintiff was ordered to pay an initial partial filing fee of $10.00 within thirty (30) days of the date of the order (i.e., by June 21, 2012). The $10.00 partial filing fee has not been received by the Court. Accordingly, **no later than July 30, 2012, plaintiff is ordered to show cause** why this case should not be dismissed for failure to pay the required fee. Receipt of the partial $10.00 filing fee by the Court on or before **July 30, 2012**, shall be deemed compliance with this Order to Show Cause.


cc:     Reginald M. Williams, Pro Se


Initials of Deputy Clerk   ch