**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| REGINALD M. WILLIAMS, | ) | No. CV 12-4256-DDP (PLA) |
|                Plaintiff, | ) | **JUDGMENT** |
| | ) | |
|      v. | ) | |
| | ) | |
| CALIFORNIA DEPARTMENT OF | ) | |
| CORRECTIONS & REHABILITATION, | ) | |
| et al., | ) | |
| | ) | |
|                Defendants. | ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation,

IT IS ADJUDGED that the Complaint in this matter is dismissed without prejudice.

DATED:  August 7, 2013

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE